UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

                                                  Chapter 11

130 BOWERY ACQUISITION LLC,              Case No.: 22-11109

                                Debtor.
------------------------------------------------------------------X

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

     I, Michael Marvisi, declare under penalty of perjury that I am the Managing Member of 130 Bowery Acquisition LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said corporation at a special meeting duly called and held on August 12, 2022.

     "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

     Be It Therefore Resolved that Michael Marvisi, the Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

     Be It Further Resolved, that Michael Marvisi, the Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

     Be It Further Resolved that Michael Marvisi, the Managing Member of this Corporation, is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Dated: New York, New York
         August 12, 2022

                                        130 BOWERY ACQUISITION LLC

                                        By: */s/ Michael Marvisi*
                                        Michael Marvisi
                                        Managing Member

**Resolution of Board of Managers**
**Of**
**130 BOWERY ACQUISITION LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Marvisi, the Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Marvisi, the Managing Member of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Marvisi, the Managing Member of this Corporation, is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Dated: New York, New York
August 12, 2022

By: ___*/s/ Michael Marvisi*___
Michael Marvisi
Managing Member